UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **DEREK E. DEARWATER,** : | |
|      Plaintiff : | |
| : | |
| v. : | File No. 1:06-CV-154 |
| : | |
| **BOND MANUFACTURING COMPANY,** : | |
|      Defendant : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed August 29, 2007. (Paper 33). After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). Defendant's motion to dismiss (Paper 6) is GRANTED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 19th day of September, 2007.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge